stockbrokers. Judgment in plaintiff's favor for small amount, entered over plaintiff's objection upon a directed verdict. Error to the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 3, 1925.

Edward H. Morris and James B. Cashin, for plaintiff in error. Custer & Cameron and Thomas B. Lantry, for defendants in error.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Fred Thoma, defendant in error, v. Fred W. Gehrer, plaintiff in error. Gen. No. 29,444.**

Suit in attachment. Judgment for plaintiff. Error to the Superior Court of Cook county; the Hon. Joseph B. David, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed March 3, 1925.

Adams, Follansbee, Hawley & Shorey, for plaintiff in error; Samuel Adams, Melvin M. Hawley and Howard H. Wikoff, of counsel. Novak & Novak, for defendant in error.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Martin J. Funk, administrator of the estate of Albert B. Funk, deceased, plaintiff in error, v. Ratledge Bone Construction Company, defendant in error. Gen. No. 29,467.**

Action to recover damages for death of plaintiff's intestate caused by defendant's negligence in driving motor truck. Judgment for defendant. Error to the Superior Court of Cook county; the Hon. Timothy D. Hurley, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and remanded. Opinion filed March 3, 1925.

James C. McShane, for plaintiff in error. Joseph D. Ryan, for defendant in error.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Frank J. Smithie, appellee, v. Mack-International Motor Truck Corporation, appellant. Gen. No. 29,479.**

Action to recover sum paid to defendant under duress. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. William R. Fetzer, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Affirmed. Opinion filed March 3, 1925.

Adams, Follansbee, Hawley & Shorey, for appellant. Marshall E. Gallion, for appellee.

Mr. Presiding Justice Fitch delivered the opinion of the court.

---

**Charles Andrews, trading as Andrews Realty Company, appellant, v. George H. Heppe, appellee. Gen. No. 29,502.**

Suit by real estate broker to recover commissions upon the sale of real estate. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1924. Reversed and judgment here for $5,400 with finding of facts. Opinion filed March 3, 1925.